

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2019

No. 04-19-00153-CV

**THE ROMAN CATHOLIC BISHOP OF SAN BERNARDINO**, and Bishop Gerald R. Barnes,
Appellants

v.

John **DOE,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-08589
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On July 3, 2019, appellants filed an Opposed Joint Motion to Strike Appellees' Sur-Reply Brief. On July 9, 2019, appellee filed a response. After consideration, the Opposed Joint Motion to Strike Appellees' Sur-Reply Brief is **DENIED AS MOOT**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court